FILED
NOV 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>GINO DiMATEO,<br><br>    Defendant. | Case No. 2:12-MJ-0285 DAD<br><br>**UNDER SEAL**<br><br>ORDER SEALING CRIMINAL COMPLAINT |

SEALED

O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit and the Government's Request to Seal and this Court's Order in this case shall all be **SEALED** until further order of this Court.

**IT IS SO ORDERED.**

DATED: 11/1/12

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE