```
                                    FILED
                                    January 9, 2013
                                    CLERK, US DISTRICT COURT
                                    EASTERN DISTRICT OF
                                    CALIFORNIA
                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GENNARO DIMATTEO, ) <br> ) <br> Defendant. ) | Case No. 2:12CR00407-KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  GENNARO DIMATTEO , Case No. 2:12CR00407-KJM , Charge  21USC § 841(a)(1), 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ All Equity Available in the Father's property

____   Unsecured Appearance Bond

____   Appearance Bond with 10% Deposit

____   Appearance Bond with Surety

____   Corporate Surety Bail Bond

✔   (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 9, 2013  at  2:20 pm .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court