1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Tel:  (916) 974-3500**
**Fax: (916) 520-3497**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**GENNARO DIMATTEO**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**GENNARO DiMATTEO**<br><br>**Defendant.** | **CASE NO.  2:12CR-0407 KJM**<br><br>**Stipulation to Amend Conditions of Release and [Proposed] Order** |

Donald H. Heller, Esq., attorney for Defendant Gennaro DiMatteo, and the

Government by and through Jason Hitt, Assistant U.S. Attorney here by stipulate and

agree that the conditions of release be hereby amended to add condition 14 which

states as follows:

14.  You shall participate in a program of medical or psychiatric treatment,

including treatment for drug or alcohol dependency, as approved by the pretrial

1

**Stipulation to Amend Conditions of Release**
**and [Proposed] Order**
**CASE NO.  2:12CR-0407 KJM**

1  services officer.  You shall pay all or part of the costs of the counseling services based

2  upon your ability to pay, as determined by the pretrial services officer.

5  Dated:  January 23, 2013          */s/ Donald H. Heller*
6                                    DONALD H. HELLER
                                     A Law Corporation

8                                     */s/ Jason Hitt*
9                                    JASON HITT
                                     Assistant U.S. Attorney

ORDER

        Approved and so ordered that the following condition of release number 14 is

here by added:

14.  You shall participate in a program of medical or psychiatric treatment, including

treatment for drug or alcohol dependency, as approved by the pretrial  services

officer.  You shall pay all or part of the costs of the counseling services based upon

your ability to pay, as determined by the pretrial services officer.

Dated:  January 24, 2013

                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Dimatteo0407.stipord.amd.cor.doc

2

**Stipulation to Amend Conditions of Release**
**and [Proposed] Order**
**CASE NO.  2:12CR-0407 KJM**