HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>GENNARO DIMATTEO,<br><br>             Defendant. | Case No. 2:12-cr-407 KJM<br><br>**MOTION TO WITHDRAW AS COUNSEL; ORDER**<br><br>Judge: Hon. Kimberly J. Mueller |

On October 6, 2015, Defendant, GENNARO DIMATTEO, filed a Motion Reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 50. At that time the undersigned filed a Notice of Non-Supplementation of Defendant's Pro Se Motion because *United States v. Austin*, 676 F.3d 924 (9th Cir. 2012) was prevailing caselaw and precluded relief for Mr. DiMatteo because he was sentenced pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). CR 51. The government opposed the motion January 15, 2016, on the similar grounds that the form and substance of the plea agreement, entered pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), precluded him from relief under *United States v. Austin*, 676 F.3d 924 (9th Cir. 2012). CR 53. The Court has not ruled on the motion.

On September 1, 2016, the undersigned filed a Defense Brief in Supplement to Pro Se Motion in light of *United States v. Davis*, 2016 WL 3245043 (June 13, 2016). CR 55. After

further review, the Office of the Federal Defender has determined it has a conflict in this case. Because of the conflict, we hereby withdraw the previously filed Defense Brief (CR 55) and ask the Court to relieve our office as counsel and appoint, John Balazs to represent Mr. DiMatteo in his Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2).

This motion to withdraw as counsel is unopposed by Assistant United States Attorney, Todd Pickles.

Dated:   September 9, 2016

>Respectfully submitted,
>HEATHER E. WILLIAMS
>Federal Defender
>
> /s/ *Lexi Negin*
>LEXI NEGIN
>Assistant Federal Defender
>Attorney for Movant
>GENNARO DIMATTEO

# **ORDER**

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, John Balazs, is hereby appointed effective, September 2, 2016 the date the Office of the Federal Defender first contacted him.

Dated: September 9, 2016.

_____
UNITED STATES DISTRICT JUDGE